United States District Court
Southern District of Texas
**ENTERED**
September 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS G. M. [1], <br>     Plaintiff, <br><br> v. <br><br> KRISTI NOEM, *et al*, <br>     Defendants. | § <br> § <br> § <br> §   CIVIL ACTION NO. 1:25-cv-105 <br> § <br> § <br> § |

## ORDER ON JOINT STIPULATION OF DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

On September 11, 2025, the Court received a "Joint Stipulation of Dismissal" signed by all parties for Plaintiff Jesus G. M. and Defendants Kristi Noem, Ur Jaddou, and Kathleen Bausman. Dkt. No. 13. In this filing, the parties "stipulate and agree to dismiss" the case "without prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *Id.* The parties put forth that the Court "lacks jurisdiction as there has been no final agency decision pursuant to 8 U.S.C. § 1503." *Id.* Further, the parties "have agreed that each side shall bear their own costs and fees related to the litigation of this action." *Id.*

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action against any defendant without a court order if there is a stipulation of dismissal signed by all parties. *See Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344-45 (5th Cir. 2020) (*en banc*).

Accordingly, all claims made in this case are **DISMISSED** without prejudice. As agreed, each party shall bear their own costs and fees related to this litigation.

Further, the Court **CANCELS** the Show Cause hearing set for September 24, 2025. Dkt. No. 11.

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner's last names using only their first initial.

The Clerk of Court is **DIRECTED** to close this case.

Signed on September 12, 2025.

*Karen Betancourt*
Karen Betancourt
United States Magistrate Judge